Ronald Seely **DETAINED**
Chief Counsel
Vanessa Woodman de Lazo
Deputy Chief Counsel
Frank K. Lipiner
Assistant Chief Counsel
U.S. Department of Homeland Security
U.S. Immigration and Customs Enforcement
Office of the Principal Legal Advisor
JFK Federal Building, Room 425
Boston, MA 02203

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**CHELMSFORD IMMIGRATION COURT**

| | |
|---|---|
| In the Matter of: ) | |
| ) | |
| VELASQUEZ-RINCON, DIEGO LEANDRO ) | A 220 881 642 |
| ) | |
| In removal proceedings ) | |

**Immigration Judge**: Natalie Smith        **Next Hearing**: September 16, 2025

**DEPARTMENT OF HOMELAND SECURITY**
**SUBMISSION OF EVIDENCE**

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**CHELMSFORD IMMIGRATION COURT**

| | |
|---|---|
| In the Matter of: ) | |
| ) | |
| VELASQUEZ-RINCON, DIEGO LEANDR ) | A 220 881 642 |
| ) | |
| In removal proceedings ) | |

**Immigration Judge**: Natalie Smith          **Next Hearing**: September 16, 2025

**DEPARTMENT OF HOMELAND SECURITY**
**SUBMISSION OF EVIDENCE**

The U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement (Department), hereby submits the following evidence:

1. I-213 (Record of Deportable/Inadmissible Alien)

Respectfully submitted,

On behalf of
U.S. Immigration and Customs Enforcement,
U.S. Department of Homeland Security

*Frank K. Lipiner*

Frank K. Lipiner
Assistant Chief Counsel
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

CERTIFICATE OF SERVICE

On September 13, 2025, I, Frank K. Lipiner, Assistant Chief Counsel, caused to be served a copy of this **U.S. Department of Homeland Security's Submission of Evidence** on the respondent or his/her counsel of record.

☐ by first-class mail, postage pre-paid, to the person at the address set forth below:

☐ by UPS Courier Service to the person at the address set forth below:

☐ by personally delivering a true copy thereof to the person set forth below:

☐ by telefaxing with acknowledgment of receipt to the person at the address set forth below:

☐ by electronic service, at the following e-mail address:

☐ by eService pursuant to the Terms and Conditions agreed to between the parties.

☒ through the EOIR Courts and Appeals System (ECAS), which will automatically send service notifications to both parties that a new document has been filed.

*Frank K. Lipiner*

Frank K. Lipiner
Assistant Chief Counsel
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

EARM

Logged In: LTWVQIMB |

| | |
|---|---|
| Person ID: **14431078** Sex: **M** DOB: **07/12/1991** Current Age: **34** COB: **COLOM** COC: **COLOM** | |
| Subject ID : **374091980** Processing Disposition: **Expedited Removal with Credible Fear** ICE Non-Detained Portal Verified Account: **No** RCA |  |
| Case # : 19228598  Case Category: **[8K]** Docket: BOS - .DCM PreOrder DelValle 500-749 | |
| Final Order of Removal: **No**   Time in Custody: **31 days**   Special Class: | |
| Final Order Date: **N/A**   Depart / Cleared Status: **ACTIVE** | |
| Proceed With Removal: **N/A** | |
| Days Final Order in Effect: **N/A** | |

**Current / Active Alerts**

| In Custody | eFile G-28 |
|---|---|

## Velasquez-Rincon, Diego Leandro 220 881 642

## Encounter Details

### 3 Encounter(s) linked to Person ID: 14431078

| Ref# | Subject ID | A-Number | Last Name | First Name | COC | Historical Priority | DOB | Encountered on | Case | Case Category | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ○ 3 | 399848031 | 220881642 | VELASQUEZ-RINCON | DIEGO | COLOM | No Priority | 07/12/1991 | 08/13/2025 | 19228598 | 8K | Unlink |
| ○ 2 | 399843665 | 220881642 | VELASQUEZ-RINCON | DIEGO | COLOM | No Priority | 07/12/1991 | 08/13/2025 | | | Unlink |
| ⦿ 1 | 374091980 | 220881642 | VELASQUEZ-RINCON | DIEGO | COLOM | No Priority | 07/12/1991 | 12/08/2021 | 19228598 | 8K | Unlink |

## Encounter Details
All information below may only be edited in EAGLE

### Event / Incident Information

| | | |
|---|---|---|
| Event Number: **EGT2212000476** | Operation: **OPERATION CAPIO** | Primary Agent: **N/A** |
| Event Occurred On: **12/08/2021** | Site: **N/A** | Assigned On: |
| Event Type: **Administrative Non-Criminal Individual** | Landmark: **N/A** | Event Supervisor: **N/A** |
| Program: **BP - Border Patrol** | | Assigned On: |

### Subject Information

| | | |
|---|---|---|
| FINS: **1314769288** | Historical Priority: **No Priority** | Role: **I** |
| DNA Collection Device Number: **F0343860** | Criminal Type: **N/A** | Role Comment: **N/A** |
| A-Number: **220 881 642** | Agg Felon: **No Aggravated Felony Convictions** | Processing Disposition: **Expedited Removal with Credible Fear** |
| Control Name: **VELASQUEZ-RINCON** | Primary Citizenship: **COLOMBIA** | |
| First Name: **DIEGO** | Stateless Type: **N/A** | INS Status: **Excludable** |
| Middle Name: **LEANDRO** | Hair: **BRO** | POE: **EAGLE PASS INTL BRIDGE** |
| Maiden: **N/A** | Eyes: **BRO** | Entry Date: **12/08/2021** |
| Nickname: **N/A** | Complexion: **MED** | Entry Class: **PWA Mexico** |
| Living?: **N/A** | Race: **W** | Apprehension Date: **2021-12-08 17:32:15.0** |
| Sex: **M** | Origin: **N/A** | Warrant served by Warrant Service Officer (WSO)?: **N/A** |
| Marital Status: **Single** | Date of Birth: **07/12/1991** | |
| SSN: **N/A** | Age: **34** | Arrest Method: **Patrol Border** |
| Juvenile Verified: **N/A** | Age at Encounter: **30** | Site: **EGT** |
| Occupation: **LABORER** | Height: **69** | Landmark: **D18.4 - GOLF COURSE** |

9/15/25, 12:59 PM    EARM View Encounter Summary

Uploaded on: 09/13/2025 at 02:09:12 PM (Eastern Daylight Time) | Base City: CHE
Case 1:25-cv-12633-BEM    Document 11-2    Filed 09/17/25    Page 5 of 12

| | | |
|---|---|---|
| TSC Log #: **N/A** | Weight: **155** | Arrest At/Near: **CARRIZO SPRINGS, TX** |
| NUIN #: **N/A** | Speak/Understand English: **N/A** | Juvenile Status: **N/A** |
| SEN #: **N/A** | Read/Write English: **N/A** | CBP Family Unit ID: **N/A** |
| TECS Subject #: **N/A** | Primary Language: **N/A** | CBP Separation Reason: **N/A** |
| U.S. Veteran Status: **N/A** | Family Members: **N/A** | Accompanying Family Member Relation: **N/A** |
| Relationship to U.S. Veteran(s): **N/A** | | Accompanying Family Member Subject ID: **N/A** |
| | | Consequence Delivery System Selection: **FIRA** |
| | | ICE Family ID: **N/A** |

## I-213 Narrative

### Narrative 1 : Created Date: 12/09/2021 06:49 PM

ENCOUNTER/ARREST:

VELASQUEZ-Rincon, Diego Leandro was encountered by Border Patrol Agents during line watch operations, on December 8, 2021 near Eagle Pass, Texas. After a brief interview, it was determined that subject was a citizen of Colombia with no legal right to enter or remain in the United States. Subject was placed under arrest, transported to the Carrizo Springs Station.

ENTRY:

On December 8, 2021, subject claims to have entered the U.S. by crossing the Rio Grande River

near Eagle Pass, Texas. Subject was not inspected or admitted by an Immigration Officer.

IMMIGRATION CHECKS:

Negative

CRIMINAL HISTORY:

Record checks - Negative

Wants/Warrants - Negative

CREDIBLE FEAR STATEMENT:

Subject stated he did have fear of being returned to his native country. Form I-867B

Executed.

CONSULATE NOTIFICATION:

Subject waived his notification rights.

FUNDS: $5.00 USD in Currency Bag #0451663 stored within the A-File. Property bag was tagged with property ticket #11319483.

HEALTH SCREEN:

Subject claims no illnesses or injuries.

Does the subject have a temp of 100.4 or over? No.

Does the subject have shortness of breath? No.

Does the subject have a cough? No.

Does the subject have a sore throat? No.

Has the subject travelled to/through a high-risk country that has been identified by the CDC? Yes, Mexico.

DISPOSITION:

Subject was processed as an Expedited Removal and will be remanded to the custody of ICE/ERO.

United States Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) | Release EARM 7.87

Logged In: LTWVQIMB |

| Person ID: **14431078**  Sex: **M**  DOB: **07/12/1991**  Current Age: **34**  COB: **COLOM**  COC: **COLOM** |
| Subject ID : **399843665**  Processing Disposition: **Detainer**  ICE Non-Detained Portal Verified Account: **No**  **RCA Look-Up** |
| No Case associated with this encounter |

-- Select Different Case File -- ⌄



**Current / Active Alerts**

| In Custody | eFile G-28 |

## Velasquez-Rincon, Diego Leandro 220 881 642

## Encounter Details

**3 Encounter(s) linked to Person ID: 14431078**

| | Ref# | Subject ID | A-Number | Last Name | First Name | COC | Historical Priority | DOB | Encountered on | Case | Case Category | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ○ | 3 | 399848031 | 220881642 | VELASQUEZ-RINCON | DIEGO | COLOM | No Priority | 07/12/1991 | 08/13/2025 | 19228598 | 8K | Unlink |
| ● | 2 | 399843665 | 220881642 | VELASQUEZ-RINCON | DIEGO | COLOM | No Priority | 07/12/1991 | 08/13/2025 | | | Unlink |
| ○ | 1 | 374091980 | 220881642 | VELASQUEZ-RINCON | DIEGO | COLOM | No Priority | 07/12/1991 | 12/08/2021 | 19228598 | 8K | Unlink |

## Encounter Details
All information below may only be edited in EAGLE

### Event / Incident Information

Event Number: **BOS2508000420**          Operation: **N/A**                              Primary Agent: **A 11709 PRAIRIE**
Event Occurred On: **08/13/2025**        Site: **N/A**                                   Assigned On: **08/13/2025**
Event Type: **CAP Local**                Landmark: **N/A**                               Event Supervisor: **D 7266 WESLING**
Program: **CAP - ERO Criminal Alien Program**                                            Assigned On: **08/13/2025**

### Subject Information

FINS: **N/A**                                     Historical Priority: **No Priority**            Role: **P**
DNA Collection Device Number: **N/A**             Criminal Type: **N/A**                          Role Comment: **N/A**
A-Number: **220 881 642**                         Agg Felon: **No Aggravated Felony Convictions** Processing Disposition: **Detainer**
Control Name: **VELASQUEZ-RINCON**                Primary Citizenship: **COLOMBIA**               INS Status: **N/A**
First Name: **DIEGO**                             Stateless Type: **N/A**                         POE: **N/A**
Middle Name: **LEANDRO**                          Hair: **N/A**                                   Entry Date: **N/A**
Maiden: **N/A**                                   Eyes: **N/A**                                   Entry Class: **Not Applicable**
Nickname: **N/A**                                 Complexion: **N/A**                             Apprehension Date: **N/A**
Living?: **Y**                                    Race: **N/A**                                   Warrant served by Warrant Service Officer (WSO)? **N/A**
Sex: **M**                                        Origin: **N/A**
Marital Status: **N/A**                           Date of Birth: **07/12/1991**                   Arrest Method: **N/A**
SSN: **N/A**                                      Age: **34**                                     Site: **N/A**
Juvenile Verified: **N/A**                        Age at Encounter: **34**                        Landmark: **N/A**
Occupation: **N/A**                               Height: **N/A**                                 Arrest At/Near: **N/A**

| | | |
|---|---|---|
| TSC Log #: **N/A** | Weight: **N/A** | Juvenile Status: **N/A** |
| NUIN #: **N/A** | Speak/Understand English: **N/A** | CBP Family Unit ID: **N/A** |
| SEN #: **N/A** | Read/Write English: **N/A** | CBP Separation Reason: **N/A** |
| TECS Subject #: **N/A** | Primary Language: **SPANISH** | Accompanying Family Member Relation: **N/A** |
| U.S. Veteran Status: **N/A** | Family Members: **N/A** | Accompanying Family Member Subject ID: **N/A** |
| Relationship to U.S. Veteran(s): **N/A** | | Consequence Delivery System Selection: **N/A** |
| | | ICE Family ID: **N/A** |

## I-213 Narrative

### Narrative 1 : Created Date: 08/13/2025 06:10 AM

EWI, in proceedings, Pending 589 and approved 765. Arrested by the Massachusetts State Police Revere Barracks for the offenses of MISCELLANEOUS NON-MV MUNIC ORDINANCE/BYLAW VIOL (x3) and Drug Possession Class B. Subject is in custody as of 0600, 8-13-25 and set to be arraigned at Chelsea DC

ENCOUNTER:

Diego Leandro VELASQUEZ Rincon: DOB: 07/12/1991; A 220 881 642: COB/COC; Colombia, hereinafter referred to as VELASQUEZ, came to the attention of ICE ERO Boston on August 13, 2025, following his arrest by the Massachusetts State Police, Revere, MA, for DRUG POSSESSION CLASS B and MISCELLANEOUS NON-MV MUNIC ORDINANCE/BYLAW VIOL (x3). VELASQUEZ is a biometric match to a citizen and national of Colombia who is illegally in the United States. ICE/ERO Boston Secure Communities lodged an Immigration detainer Form I-247 and Warrant of Arrest Form I-200 with the Chelsea District Court.

ARREST:

On August 13, 2025, I, Border Patrol Agent (BPA) Jonathan Lemay reported to the Chelsea District Court Chelsea, MA, in the event that VELASQUEZ was released into ICE custody after his criminal hearing. At approximately 12:30 I was notified that VELASQUEZ would be released to our custody. I went to the secure lock up facility at Chelsea District Court and spoke with VELASQUEZ. I identified myself as a Border Patrol Agent and provided my agency issued credentials. VELASQUEZ identified himself as a citizen and national of Colombia. I explained that I was placing him under arrest for violations of U.S. Immigration Laws. I arrested VELASQUEZ without incident. I handcuffed VELASQUEZ and escorted him to my vehicle for transport to the Boston Field Office in Burlington, MA.

DERIVATIVE CITIZENSHIP DATA:
VELASQUEZ stated that neither his mother nor his father have made entry into the United States.

ENTRY DATA:
On December 8, 2021, VELASQUEZ entered the United States near Eagle Pass, TX without inspection or admission by an immigration official.

IMMIGRATION HISTORY:
On December 8, 2021, VELASQUEZ entered the United States near Eagle Pass, TX without inspection or admission by an immigration official.
On December 9, 2021, United States Border Patrol (USBP). Processed VELASQUEZ as an Expedited Removal with Credible Fear. USBP served Form I-867 A/B.
VELASQUEZ was released on Order of Recognizance.
On January 10, 2022, United States Citizen and Immigration Services (USCIS) determined that Credible Fear was found.
On January 14, 2022, ICE/ERO San Francisco served VELASQUEZ and Notice to Appear, Form I-862.
VELASQUEZ was ordered to appear in immigration court in San Francisco, CA on May 21, 2026.
On August 13, 2025, ICE/ERO Boston arrested VELASQUEZ after being released from Chelsea District Court, Chelsea, MA. ICE/ERO served VELASQUEZ a Warrant for Arrest, Form I-200.

CRIMINAL HISTORY:
FBI#: K7VNHLD59
SID#: DC766467, MA30013460
On February 18, 2024, DC Metropolitan Police, Washington DC, arrested VELASQUEZ for destruction of property.
On August 12, 2025, Massachusetts State Police, Revere, MA, arrested VELASQUEZ for DRUG POSSESSION CLASS B and MISCELLANEOUS NON-MV MUNIC ORDINANCE/BYLAW VIOL (x3).
On August 13, 2025, the Chelsea District Court, Chelsea, MA, released VELASQUEZ on his own recognizance.

CREDIBLE / REASONABLE FEAR:
VELASQUEZ did not claim fear of returning to Colombia.

MILITARY SERVICE:
VELASQUEZ made no claim to prior service in any branch of the U. S. Military.

9/15/25, 12:36 PM                                                       EARM - View Encounter Summary
Uploaded on: 09/13/2025 at 02:09:12 PM (Eastern Daylight Time) | Base City: CLE
Case 1:25-cv-12633-BEM    Document 1-7    Filed 09/17/25    Page 9 of 12

MEDICAL HISTORY:
VELASQUEZ claims to have no medical issues and is not taking medication.

CHARGES OF REMOVEABLILITY:
VELASQUEZ was served with Form I-200 Warrant of Arrest and held in custody pending a hearing before an immigration judge.

United States Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) | Release EARM 7.87

Uploaded on: 09/13/2025 at 02:09:12 PM (Eastern Daylight Time) Base City: OKF
9/13/25, 12:36 PM    Case 1:25-cv-12633-BEM    Document 1-4    EARM - View Encounter Summary 17/25    Page 10 of 12
EARM

Logged In: LTWVQIMB |



| Person ID: **14431078** Sex: **M** DOB: **07/12/1991** Current Age: **34** COB: **COLOM** COC: **COLOM** |
| Subject ID : **399848031** Processing Disposition: **Warrant of Arrest/Notice to Appear** ICE Non-Detained Portal Verified Account: **No** RCA Loc |
| Case # : **19228598** Case Category: **[8K]** Docket: **BOS - .DCM PreOrder DelValle 500-749** |

Final Order of Removal: **No**  Time in Custody: **31 days**  Special Class:
Final Order Date: **N/A**  Depart / Cleared Status: **ACTIVE**
Proceed With Removal: **N/A**
Days Final Order in Effect: **N/A**

**Current / Active Alerts**

| In Custody | eFile G-28 |

## Velasquez-Rincon, Diego Leandro 220 881 642

## Encounter Details

### 3 Encounter(s) linked to Person ID: 14431078

| | Ref# | Subject ID | A-Number | Last Name | First Name | COC | Historical Priority | DOB | Encountered on | Case | Case Category | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ● | 3 | 399848031 | 220881642 | VELASQUEZ-RINCON | DIEGO | COLOM | No Priority | 07/12/1991 | 08/13/2025 | 19228598 | 8K | Unlink |
| ○ | 2 | 399843665 | 220881642 | VELASQUEZ-RINCON | DIEGO | COLOM | No Priority | 07/12/1991 | 08/13/2025 | | | Unlink |
| ○ | 1 | 374091980 | 220881642 | VELASQUEZ-RINCON | DIEGO | COLOM | No Priority | 07/12/1991 | 12/08/2021 | 19228598 | 8K | Unlink |

## Encounter Details

All information below may only be edited in EAGLE

### Event / Incident Information

Event Number: **BOS2508000439**   Operation: **Cross Check 2025**   Primary Agent: **V 11756 DELGADO**
Event Occurred On: **08/13/2025**   Site: **BOS**   Assigned On: **08/13/2025**
Event Type: **Fugitive Operations (Event)**   Landmark: **CHELCT - CHELSEA DISTRICT COURT**   Event Supervisor: **A 3707 DURDEN**
Program: **FUG - Fugitive Operations**   Assigned On: **08/13/2025**

### Subject Information

FINS: **1314769288**   Historical Priority: **No Priority**   Role: **P**
DNA Collection Device Number: **N/A**   Criminal Type: **N/A**   Role Comment: **N/A**
A-Number: **220 881 642**   Agg Felon: **No Aggravated Felony Convictions**   Processing Disposition: **Warrant of Arrest/Notice to Appear**
Control Name: **VELASQUEZ-RINCON**   Primary Citizenship: **COLOMBIA**
First Name: **DIEGO**   Stateless Type: **N/A**   INS Status: **Inadmissible Alien**
Middle Name: **LEANDRO**   Hair: **BRO**   POE: **UNKNOWN**
Maiden: **N/A**   Eyes: **BRO**   Entry Date: **N/A**
Nickname: **N/A**   Complexion: **MED**   Entry Class: **Present Without Admission**
Living?: **Y**   Race: **W**   Apprehension Date: **2025-08-13 13:59:05.0**
Sex: **M**   Origin: **H**   Warrant served by Warrant Service Officer (WSO)?: **N/A**
Marital Status: **Single**   Date of Birth: **07/12/1991**
SSN: **N/A**   Age: **34**   Arrest Method: **Non-Custodial Arrest**
Juvenile Verified: **N/A**   Age at Encounter: **34**   Site: **BOS**
Occupation: **UNEMPLOYED**   Height: **69**   Landmark: **CHELCT - CHELSEA DISTRICT COURT**

Uploaded on: 09/13/2025 at 02:09:12 PM (Eastern Daylight Time) - Base City: OKF
9/13/25, 12:36 PM                                                                     EARM - View Encounter Summary
Case 1:25-cv-12633-BEM    Document 41-1    Filed 09/17/25    Page 11 of 12

| | | |
|---|---|---|
| TSC Log #: **N/A** | Weight: **155** | Arrest At/Near: **Chelsea, MA** |
| NUIN #: **N/A** | Speak/Understand English: **N/A** | Juvenile Status: **N/A** |
| SEN #: **N/A** | Read/Write English: **N/A** | CBP Family Unit ID: **N/A** |
| TECS Subject #: **N/A** | Primary Language: **SPANISH** | CBP Separation Reason: **N/A** |
| U.S. Veteran Status: **N** | Family Members: **N/A** | Accompanying Family Member Relation: **N/A** |
| Relationship to U.S. Veteran(s): **N/A** | | Accompanying Family Member Subject ID: **N/A** |
| | | Consequence Delivery System Selection: **N/A** |
| | | ICE Family ID: **N/A** |

### I-213 Narrative

**Narrative 1 : Created Date: 08/13/2025 01:57 PM**

On August 13, 2025, BOS/ICE arrested VELASQUEZ-RINCON in Chelsea, MA without incident. VELASQUEZ claims to have no children. VELASQUEZ claims to be in good health and claims to not be taking any medications.

Narrative to follow.

ENCOUNTER:

Diego Leandro VELASQUEZ Rincon: DOB: 07/12/1991; A 220 881 642: COB/COC; Colombia, hereinafter referred to as VELASQUEZ, came to the attention of ICE ERO Boston on August 13, 2025, following his arrest by the Massachusetts State Police, Revere, MA, for DRUG POSSESSION CLASS B and MISCELLANEOUS NON-MV MUNIC ORDINANCE/BYLAW VIOL (x3). VELASQUEZ is a biometric match to a citizen and national of Colombia who is illegally in the United States. ICE/ERO Boston Secure Communities lodged an Immigration detainer Form I-247 and Warrant of Arrest Form I-200 with the Chelsea District Court.

ARREST:

On August 13, 2025, I, Border Patrol Agent (BPA) Jonathan Lemay reported to the Chelsea District Court Chelsea, MA, in the event that VELASQUEZ was released into ICE custody after his criminal hearing. At approximately 12:30 I was notified that VELASQUEZ would be released to our custody. I went to the secure lock up facility at Chelsea District Court and spoke with VELASQUEZ. I identified myself as a Border Patrol Agent and provided my agency issued credentials. VELASQUEZ identified himself as a citizen and national of Colombia. I explained that I was placing him under arrest for violations of U.S. Immigration Laws. I arrested VELASQUEZ without incident. I handcuffed VELASQUEZ and escorted him to my vehicle for transport to the Boston Field Office in Burlington, MA.

DERIVATIVE CITIZENSHIP DATA:
VELASQUEZ stated that neither his mother nor his father have made entry into the United States. System searches indicate no pending applications or entries into the United States.

ENTRY DATA:
On December 8, 2021, VELASQUEZ entered the United States near Eagle Pass, TX without inspection or admission by an immigration official.

IMMIGRATION HISTORY:
On December 8, 2021, VELASQUEZ entered the United States near Eagle Pass, TX without inspection or admission by an immigration official.
On December 9, 2021, United States Border Patrol (USBP). Processed VELASQUEZ as an Expedited Removal with Credible Fear. USBP served Form I-867 A/B.
VELASQUEZ was released on Order of Recognizance.
On January 10, 2022, United States Citizen and Immigration Services (USCIS) determined that Credible Fear was found.
On January 14, 2022, ICE/ERO San Francisco served VELASQUEZ and Notice to Appear, Form I-862.
VELASQUEZ was ordered to appear in immigration court in San Francisco, CA on May 21, 2026.
On August 13, 2025, ICE/ERO Boston arrested VELASQUEZ after being released from Chelsea District Court, Chelsea, MA. ICE/ERO served VELASQUEZ a Warrant for Arrest, Form I-200.

CRIMINAL HISTORY:
FBI#: K7VNHLD59
SID#: DC766467, MA30013460
On February 18, 2024, DC Metropolitan Police, Washington DC, arrested VELASQUEZ for destruction of property.
On August 12, 2025, Massachusetts State Police, Revere, MA, arrested VELASQUEZ for DRUG POSSESSION CLASS B and MISCELLANEOUS NON-MV MUNIC ORDINANCE/BYLAW VIOL (x3).
On August 13, 2025, the Chelsea District Court, Chelsea, MA, released VELASQUEZ on his own recognizance.

CREDIBLE / REASONABLE FEAR:
VELASQUEZ did not claim fear of returning to Colombia.

MILITARY SERVICE:
VELASQUEZ made no claim to prior service in any branch of the U. S. Military.

MEDICAL HISTORY:
VELASQUEZ claims to have no medical issues and is not taking medication.

CHARGES OF REMOVEABLILITY:
VELASQUEZ was served with Form I-200 Warrant of Arrest and held in custody pending a hearing before an immigration judge.

United States Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) | Release EARM 7.87