Ronald Seely  **DETAINED**
Chief Counsel
Frank K. Lipiner
Assistant Chief Counsel
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security
JFK Federal Building, Room 425
Boston, MA 02203

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
CHELMSFORD, MASSACHUSETTS

| | |
|---|---|
| **In the Matter of:**<br><br>**VELASQUEZ-RINCON, DIEGO LEANDRO**<br><br>**In Removal Proceedings** | File Nos.   A 220 881 642 |

Immigration Judge:  Natalie Smith           Next Hearing Date: 9/16/2025

**DEPARTMENT OF HOMELAND SECURITY'S
NOTICE OF THE RESPONDENT'S INELIGIBILTY FOR BOND**

   Now Comes the Department of Homeland Security and asserts the Respondent is not eligible for bond. The Respondent is being held under INA § 235 as an applicant for admission. An "applicant for admission" is an alien present in the United States who has not been admitted or who arrives in the United States, whether or not at a designated port of arrival. INA § 235(a)(1). *Jennings v. Rodriguez*, 583 U.S. 281, 287 (2018), the Supreme Court suggested that INA § 235(b) applies to all applicants for admission, noting the broad application of INA § 235(b)(2) as a "a catchall provision" representing DHS's detention authority over applicants for admission not subject to INA § 235(b)(1)(A)(i). *See* INA § 235(b)(2)(A), (B).

   Additionally, following the issuance of *Matter of YAJURE HURTADO*, 29 I&N Dec. 216 (BIA 2025), based on the plain language of section 235(b)(2)(A) of the Immigration and Nationality Act, 8 U.S.C. § 1225(b)(2)(A) (2018), Immigration Judges lack authority to hear bond requests or to grant bond to aliens who are present in the United States without admission.

   Lastly, the Respondent is also ineligible for bond under *Matter of Q.Li*, 29 I&N Dec. 66 (BIA 2025). ). "An applicant for admission who is arrested and detained without a warrant while arriving in the United States, whether or not at a port of entry, and subsequently placed in removal proceedings is detained under 235(b) of the Immigration and Nationality Act ("INA"), and is ineligible for any subsequent release on bond under section 236(a) of the INA." (Internal citations omitted). Please see

attached EARM I-213.

*Frank K. Lipiner*

Frank K. Lipiner
Assistant Chief Counsel

## CERTIFICATE OF SERVICE

On September 13, 2025, I, Frank K. Lipiner, Assistant Chief Counsel, served a copy of this **U.S. Department of Homeland Security's Submission** on Respondent:

☐ by first-class mail, postage pre-paid, to [address of party served].

☐ by first-class mail, postage pre-paid by placing into my office's receptacle designated for official "out-going" first class mail to:

☐ by personally delivering a true copy thereof to the person set forth above.

☐ by electronic service, to the following e-mail address:

☐ by eService pursuant to the Terms and Conditions agreed to between the parties.

☒ through the EOIR Courts and Appeals System (ECAS), which will automatically send service notifications to both parties that a new document has been filed.

☐ by personal delivery by Enforcement and Removal Operations in Detention.

_____
Frank K. Lipiner
Assistant Chief Counsel