

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**CHELMSFORD IMMIGRATION COURT**

Respondent Name:

  VELASQUEZ-RINCON, DIEGO
  LEANDRO

To:

  Shaw, Elizabeth
  175 Portland Street
  Floor 2
  Boston, MA 02114

A-Number:
220-881-642
Riders:
In Custody Redetermination Proceedings

Date:
09/18/2025

## ORDER OF THE IMMIGRATION JUDGE

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

☑ Denied, because
  Respondent is subject to mandatory detention.

☐ Granted. It is ordered that Respondent be:
  ☐ released from custody on his own recognizance.
  ☐ released from custody under bond of $
  ☐ other:

☐ Other:

Immigration Judge: Olson, Christine 09/18/2025

Appeal:    Department of Homeland Security: ☑ waived    ☐ reserved
           Respondent:                      ☐ waived    ☑ reserved
Appeal Due: 10/20/2025

## Certificate of Service

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS

Respondent Name : VELASQUEZ-RINCON, DIEGO LEANDRO | A-Number : 220-881-642

Riders:

Date: 09/18/2025  By: ZAWADZKI, EVAN, Court Staff