**Elizabeth Shaw, Esq. | BBO #: 713541**
**Law Offices of Rachel L. Rado, LLC**
**175 Portland Street, 2nd Floor.**
**Boston, MA 02114**
**(t) 617-871-6030 | (f) 877-246-8795**
**(e) eshaw@rachelradolaw.com**

### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DIEGO LEANDRO VELASQUEZ RINCON,**<br>　　　**Petitioner**,<br><br>v.<br><br>**RALPH MATTIVELO, Superintendent, Plymouth County Correctional Facility, PATRICIA HYDE, Field Office Director, KRISTI NOEM, U.S. Secretary of Homeland Security, and PAM BONDI, U.S. Attorney General**<br>　　　**Respondents.** | Civil Action No. 1:25-CV-12633-BEM<br><br><br>**MOTION TO AMEND PETITION FOR WRIT OF HABEAS CORPUS** |

The Petitioner, Diego Leandro Velasquez Rincon, by and through his undersigned counsel, respectfully moves this Honorable Court, pursuant to Rule 15 of the Federal Rules of Civil Procedure and Rule 2 of the Rules Governing Section 2254 Cases in the United States District Courts, to grant leave to amend the Petition for Writ of Habeas Corpus to correct the identity of the immediate custodian and proper Respondent.

In support of this Motion, the Petitioner states as follows:

I. **INTRODUCTION**

1. This motion seeks to amend the Petition for Writ of Habeas Corpus (ECF No. 1) solely to substitute the name of the proper custodian of the Petitioner, thereby curing a technical, non-jurisdictional defect noted by the Respondents in their Opposition to the Petition.

1

2. The Petitioner erroneously identified the Superintendent of the Plymouth County Correctional Facility, the facility where he is currently detained, as Ralph Mattivelo.

3. The Respondents' Opposition correctly identified the immediate custodian and proper Respondent as Antone Moniz, Superintendent of the Plymouth County Correctional Facility.

## II.    ARGUMENT AND LEGAL STANDARD

A Petition for Writ of Habeas Corpus challenges the legality of the detention, and the proper respondent is the petitioner's immediate custodian. The Supreme Court has specified that the proper respondent is the warden of the facility where the prisoner is being held. *Rumsfeld v. Padilla*, 542 U.S. 426, 434-36 (2004). In accordance with this requirement, the Petitioner moves to amend the Petition to substitute Antone Moniz, in his official capacity as the Superintendent of the Plymouth County Correctional Facility, for Ralph Mattivelo.

Federal Rules of Civil Procedure 15(a)(2) states that a court should "freely give leave when justice so requires." The substitution of a party to correct a misidentification is a common and appropriate use of Rule 15, particularly where the substitution merely corrects the name of the official exercising physical custody and does not prejudice the defendants. The Respondents have acknowledged the misidentification, and this correction, made contemporaneously with the filing of Petitioner's Reply, cures the procedural defect.

## III.    RELIEF REQUESTED

Wherefore, the Petitioner, Diego Leandro Velasquez Rincon, respectfully requests that this Honorable Court:

1. Grant the Motion to Amend the Petition for Writ of Habeas Corpus (First Amendment);

2. Order that Respondent Ralph Mattivelo be replaced by Antone Moniz, Superintendent of the Plymouth County Correctional Facility, in his official capacity, as the immediate custodian and proper Respondent.

Date: _10/14/2025_

Respectfully Submitted,
Diego Leandro Velasquez Rincon
By His Attorney,

*/s/ Elizabeth Shaw*

Elizabeth Shaw, Esq. | BBO #: 713541
Law Offices of Rachel L. Rado, LLC
175 Portland Street, 2nd Floor.
Boston, MA 02114
(t) 617-871-6030 | (f) 877-246-8795
(e) eshaw@rachelradolaw.com