UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Diego Leandro Velasquez Rincon**<br><br>  Petitioner,<br><br>v.<br><br>**Antoine Moniz**, Superintendent, Plymouth County Correctional Facility);<br>**Patricia Hyde**, Acting Director of Boston Field Office, U.S. Immigration and Customs Enforcement;<br>**Kristi Noem**, Secretary of the U.S. Department of Homeland Security; and<br>**Pamela Bondi,** Attorney General of the United States, in their official capacities | Case No. 1:25-CV-12633-BEM<br><br>**JOINT STATUS REPORT** |

  Pursuant to the Court's Order directing the parties to file a Joint Status Response on whether further response is necessary, the Parties hereby jointly state that no further response is necessary at this time.

1

2

                                                              Respectfully Submitted,

                                                              ____//s// *Elizabeth Shaw*_____
                                                              Elizabeth Shaw, Esq. | BBO #: 713541
                                                              Attorney for Petitioner
                                                              Law Offices of Rachel L. Rado, LLC
                                                              175 Portland Street, 2nd Floor.
                                                               Boston, MA 02114
                                                               (t) 617-871-6030 | (f) 877-246-8795
Date: _11/03/2025__                                    (e) eshaw@rachelradolaw.com


                                                        _____//s//*Anuj Khetarpal*_____
                                                             Anuj Khetarpal
                                                             Attorney for Respondents
                                                            Assistant United States Attorney
                                                            District of Massachusetts
                                                            1 Courthouse Way, Suite 9200
                                                            Boston, MA 02210
Date: _11/03/2025__                                   (e) anuj.ketarpal@usdoj.gov