UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIEGO LEANDRO VELASQUEZ RINCON, )<br>　　　　Petitioner, )<br>)<br>　　v. )<br>)<br>RALPH MATTIVELO, *Superintendent,* )<br>*Plymouth County Correctional Facility,* )<br>PATRICIA HYDE, *Acting Field Office Director,* )<br>*Immigration and Customs Enforcement, Boston,* )<br>KRISTI L. NOEM*, Secretary of the U.S.* )<br>*Department of Homeland Security* and )<br>PAMELA BONDI, *U.S. Attorney General*, )<br>　　　　Respondents. ) | CIVIL ACTION NO.<br>25-12633-BEM |

# **FINAL JUDGMENT**

MURPHY, D.J.

　　In accordance with this Court's Memorandum and Order (ECF #17) issued on November 7, 2025, granting in part the Petitioner's Writ of Habeas Corpus, it is hereby ORDERED:

　　Judgment for the Petitioner against the Respondents.

　　　　　　　　　　　　　　　　　　BY THE COURT,

　　　　　　　　　　　　　　　　　　*/s/ Barbara I. Beatty*
　　　　　　　　　　　　　　　　　　_____
DATED:　November 7, 2025　　　　　Deputy Clerk