UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIEGO LEANDRO VELASQUEZ RINCON,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>RALPH MATTIVELO, Superintendent, Plymouth County Correctional Facility; PATRICIA HYDE, Boston Field Office Director; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; PAMELA BONDI, Attorney General of the United States,<br><br>　　　　　　Respondents. | Civil Action No. 1:25-CV-12633-BEM |

## **NOTICE OF APPEAL**

Respondents hereby appeal from the Court's Judgment, Orders and Opinions entered in this case, including but not limited to the Court's November 7, 2025 Final Judgment (Doc. No. 18) and the Court's Memorandum and Order on Petition for Writ of Habeas Corpus (Doc. No. 17), as well as any other Orders and Opinions incorporated in those identified above.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　LEAH B. FOLEY
　　　　　　　　　　　　　　　　　　　United States Attorney

Dated: January 6, 2026　　　By:　　/s/ Anuj K. Khetarpal
　　　　　　　　　　　　　　　　　　　Anuj Khetarpal
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　United States Attorney's Office
　　　　　　　　　　　　　　　　　　　1 Courthouse Way, Suite 9200
　　　　　　　　　　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　　　　　　　　　　Tel.: 617-748-3658
　　　　　　　　　　　　　　　　　　　Email: Anuj.Khetarpal@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I, Anuj Khetarpal, Assistant United States Attorney, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Paper copies will be sent to those indicated as non-registered participants.

Dated: January 6, 2026        By:    */s/ Anuj K. Khetarpal*
                                                        Anuj Khetarpal
                                                        Assistant United States Attorney